PROCESS RECEIPT AND RETURN (USM-285)

United States District Court: U.S. District Court for the District of Maryland

Plaintiff: Adam Wood

Defendant: United States of America

Serve on: U.S. Attorney for the District of Maryland
   36 S. Charles Street, 4th Floor
   Baltimore, MD 21201

Documents to be served: Complaint for Damages and Equitable Relief

Sent by (name and address):
   Adam Wood
   302 Hibiscus Street
   Taneytown, MD 21787

Please serve pursuant to Fed. R. Civ. P. 4(i) and return proof of service.

Signature: _____

PROCESS RECEIPT AND RETURN (USM-285)

United States District Court: U.S. District Court for the District of Maryland

Plaintiff: Adam Wood

Defendant: United States of America

Serve on: Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Documents to be served: Complaint for Damages and Equitable Relief

Sent by (name and address):
    Adam Wood
    302 Hibiscus Street
    Taneytown, MD 21787

Please serve pursuant to Fed. R. Civ. P. 4(i) and return proof of service.

Signature: _____

PROCESS RECEIPT AND RETURN (USM-285)

United States District Court: U.S. District Court for the District of Maryland

Plaintiff: Adam Wood

Defendant: United States of America

Serve on: Federal Bureau of Investigation
  935 Pennsylvania Avenue, NW
  Washington, DC 20535-0001

Documents to be served: Complaint for Damages and Equitable Relief

Sent by (name and address):
  Adam Wood
  302 Hibiscus Street
  Taneytown, MD 21787

Please serve pursuant to Fed. R. Civ. P. 4(i) and return proof of service.

Signature: _____

PROCESS RECEIPT AND RETURN (USM-285)

United States District Court: U.S. District Court for the District of Maryland

Plaintiff: Adam Wood

Defendant: United States of America

Serve on: U.S. Attorney for the District of Maryland
   36 S. Charles Street, 4th Floor
   Baltimore, MD 21201

Documents to be served: Complaint for Damages and Equitable Relief

Sent by (name and address):
   Adam Wood
   302 Hibiscus Street
   Taneytown, MD 21787

Please serve pursuant to Fed. R. Civ. P. 4(i) and return proof of service.

Signature: _____

AW

PROCESS RECEIPT AND RETURN (USM-285)

United States District Court: U.S. District Court for the District of Maryland

Plaintiff: Adam Wood

Defendant: United States of America

Serve on: Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Documents to be served: Complaint for Damages and Equitable Relief

Sent by (name and address):
    Adam Wood
    302 Hibiscus Street
    Taneytown, MD 21787

Please serve pursuant to Fed. R. Civ. P. 4(i) and return proof of service.

Signature: _____

AW2

PROCESS RECEIPT AND RETURN (USM-285)

United States District Court: U.S. District Court for the District of Maryland

Plaintiff: Adam Wood

Defendant: United States of America

Serve on: Federal Bureau of Investigation
   935 Pennsylvania Avenue, NW
   Washington, DC 20535-0001

Documents to be served: Complaint for Damages and Equitable Relief

Sent by (name and address):
   Adam Wood
   302 Hibiscus Street
   Taneytown, MD 21787

Please serve pursuant to Fed. R. Civ. P. 4(i) and return proof of service.

Signature: _____