Adam Wood
302 Hibiscus Street
Taneytown, MD 21787
717-873-5101
adamwood@alumni.harvard.edu

March 18, 2025

Federal Bureau of Investigation
Records/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
Email: foiparequest@fbi.gov

**Subject: FOIA Request – Records Related to FBI Investigation and February 7, 2024, Raid**

Dear FOIA Officer,

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I request copies of all records, documents, emails, reports, and other materials held by the Federal Bureau of Investigation (FBI) regarding:

### 1. The February 7, 2024, FBI Raid on My Residence (302 Hibiscus St., Taneytown, MD)

- All search warrants, affidavits, and supporting documentation justifying the raid.
- Internal FBI communications, memos, and directives regarding the raid, including those involving FBI Headquarters, Cyber Division, and regional field offices.
- Any interagency communications between the FBI and DOJ, DHS, CIA, NSA, or any other agency related to the operation.
- Chain-of-custody records for any property, devices, or data seized.

### 2. All Records Pertaining to My Name, Including but Not Limited to:

- Investigative files, assessments, surveillance records, or case numbers.
- Emails, texts, and directives regarding me, including communications between FBI officials.
- Any references to me in FBI threat assessments, watchlists, or intelligence reports.

### 3. Records Related to My Complaints and Referrals to the FBI:

- The April 23, 2024, complaint filed with the DOJ Inspector General (IG), referred to the FBI Inspections Division on May 3, 2024.

- The January 26, 2025, IG complaint and all FBI internal communications related to its handling.
- My SF-95 Amendment filed on October 1, 2024, expanding my claims to include civil rights violations, investigatory misconduct, and Espionage Act violations.
- Any written FBI response or investigative actions taken regarding these claims.

### 4. FBI Records Referencing My Communications with Senior U.S. Defense and Intelligence Officials

- Any files mentioning my work with General Officers, Senior Enlisted Leaders, SES members, or intelligence officials (SIS, SES, etc.).
- Any FBI assessments referencing my involvement in national security, defense, or intelligence-related discussions.

### No Legal Basis for Redactions or Withholding Records

This request does not seek records involving ongoing, undisclosed investigations. The existence of the investigation was publicly disclosed to me in August 2023 by a member of the general public—not by law enforcement. As such, the FBI cannot lawfully invoke:

- Exemption 1 (Classified National Security Information) – The investigation is not classified since unauthorized persons were already aware of it.
- Exemption 7(A) (Interference with Law Enforcement Proceedings) – The FBI lost the ability to withhold records under this exemption once the investigation became publicly known.
- Exemptions 7(C) and 7(E) (Personal Privacy and Law Enforcement Techniques) – This request does not seek personal data on third parties or sensitive investigatory methods.

I request that any attempt to invoke exemptions be justified with specificity in a Vaughn Index, as required by FOIA litigation precedent.

### Request for Expedited Processing & Fee Waiver

I request expedited processing under 5 U.S.C. § 552(a)(6)(E) as this matter involves FBI misconduct, civil rights violations, and improper investigatory practices.

Additionally, I request a fee waiver under 5 U.S.C. § 552(a)(4)(A)(iii) as disclosure of these records is in the public interest and will contribute to transparency regarding the FBI's actions.

### Preferred Format & Contact Information

Please provide responsive records in electronic format (PDF or other digital formats) via email to adamwood@alumni.harvard.edu or on a USB drive if file size is too large.

If you require clarification, please contact me at 717-873-5101.

Thank you for your prompt attention. I expect a response within 20 business days as required by FOIA.

Sincerely,

Adam Wood